IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON D. MARTIN, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>FORD MOTOR COMPANY,<br><br>        Defendant. | CIVIL ACTION<br>NO. 10-2203 |

## ORDER

**AND NOW**, this 2nd day of July 2013, upon consideration of Plaintiff's Motion for Class Certification (Doc. No. 62), Defendant's Response in Opposition (Doc. No. 67), Plaintiff's Reply and Notice of Supplemental Authority (Doc. Nos. 73 and 74), documents presented and arguments of counsel at the June 4, 2012 hearing, Plaintiff's Supplement to Proposed Trial Plan (Doc. No. 83), Defendant's Supplemental Memorandum in Opposition (Doc. No. 85), Plaintiff's and Defendant's Memoranda addressing Behrend v. Comcast Corp., 655 F.3d 182 (3d Cir. 2011) (Doc. Nos. 87 and 88) and Marcus v. BMW of N. Am. LLC, 687 F.3d 583 (3d Cir. 2012) (Doc. Nos. 90 and 91), Plaintiff's Notice of Supplemental Authority (Doc. Nos. 95 and 96), and for reasons set forth in the Opinion of the Court issued this day, it is **ORDERED** that Plaintiff's Motion for Class Certification (Doc. No. 62) is **DENIED**.

                                                  BY THE COURT:

                                                  /s/ Joel H. Slomsky
                                                  JOEL H. SLOMSKY, J.