IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AARON D. MARTIN, | : | CIVIL ACTION |
| Plaintiff | : | |
| vs. | : | DOCKET NO. 2:10-cv-02203 |
| FORD MOTOR COMPANY | : | |
| Defendant | : | |

### STIPULATION OF DISMISSAL

Plaintiff Aaron D. Martin and Defendant Ford Motor Company (collectively the "Parties"), by and through their attorneys of record, agree and stipulate as follows:

WHEREAS, the Parties have agreed to a confidential settlement of this matter;

WHEREAS, the appropriate release has been signed by the Parties;

Accordingly, subject to approval of this Court, the parties STIPULATE AND AGREE AND HEREBY REQUEST that the Court dismiss this case with prejudice and without costs to either side.

Dated: October 28, 2013                GOLOMB & HONIK, PC

                                By:    _____
                                       Ruben Honik, Esquire
                                       rhonik@golombhonik.com
                                       Kevin Fay, Esquire
                                       kfay@golombhonik.com
                                       1515 Market Street, Suite 1100
                                       Philadelphia, PA 19102
                                       Tel: 215-985-9177
                                       Fax: 215-985-4169
                                       Attorney for Plaintiff

Dated: October 28, 2013                CAMPBELL CAMPBELL EDWARDS
                                       & CONROY P.C.

                                       _____
                                       William J. Conroy, Esquire
                                       Thomas M. Hinchey, Esquire
                                       Emily J. Rogers, Esquire
                                       1205 Westlakes Drive, Suite 330
                                       Berwyn, PA 19312
                                       Tel: 610-964-1900
                                       Fax: 610-964-1981
                                       Attorney for Defendant Ford Motor Co.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AARON D. MARTIN, | : | CIVIL ACTION |
| Plaintiff | : | |
| vs. | : | DOCKET NO. 2:10-cv-02203 |
| FORD MOTOR COMPANY | : | |
| Defendant | : | |

# ORDER

Having considered the stipulation between Plaintiff Aaron D. Martin and Defendant Ford Motor Company to dismiss the above-captioned action, it is hereby ORDERED that this matter is dismissed with prejudice and without costs to either side.

**IT IS SO ORDERED.**

Dated: _____, 2013     By: _____
                                         The Honorable Joel H. Slomsky
                                         United States District Court Judge

## CERTIFICATE OF SERVICE

I Kevin W. Fay certify that a true and correct copy of the foregoing Stipulation and Order of Dismissal has been transmitted to the attorneys of record in this matter via the Court's Electronic Filing System.

                                                /s/ KWF8559
                                      KEVIN W. FAY, ESQUIRE
                                      **Golomb & Honik, P.C.**
                                      1515 Market Street, Suite 1100
                                      Philadelphia, PA 19103-5319
                                      (215) 985-9177
                                      *Counsel for Plaintiff, Aaron D. Martin*

Dated: October 28, 2013