IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AARON D. MARTIN, | : | CIVIL ACTION |
| Plaintiff | : | |
| vs. | : | DOCKET NO. 2:10-cv-02203 |
| FORD MOTOR COMPANY | : | |
| Defendant | : | |

## ORDER

Having considered the stipulation between Plaintiff Aaron D. Martin and Defendant Ford Motor Company to dismiss the above-captioned action, it is hereby ORDERED that this matter is dismissed with prejudice and without costs to either side.

**IT IS SO ORDERED.**

Dated: October 30, 2013        By: _Joel Slomsky_
                                   The Honorable Joel H. Slomsky
                                   United States District Court Judge